# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Maggie Olson,

    Plaintiff,

vs.

Pelican Rapids Public Schools,
Independent School District No. 548,
Pelican Rapids Board of Education,
Stephen Strand, Chairperson of the
Board of Education, in his representative capacity,
Keith Klein, former Superintendent, in his representative
and individual capacities, Kent Baldry, Superintendent,
in his representative and individual capacities,
Steve Maresh, Teacher, in his representative and individual
capacities, Chuck Evert, Human Rights Officer,
in his representative and individual capacity
in his individual capacities, Glen Moerke, Principal,
in his representative and individual capacities,
Marlys Ebersviller, Counselor, in her representative
and individual capacities, and Kelly Funk,
in his representative and individual capacities,

    Defendants.

Case File No. 03-4246 (MJD/RLE)

**ORDER**

---

    Pursuant to the foregoing Stipulation, the above-entitled action is hereby dismissed with prejudice but without cost to any party.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 15, 2005                      s/ Michael J. Davis
                                                     Honorable Judge Davis